NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NISSIM CORP.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee.*

---

2012-1409
(Reexamination No. 95/000,312)

---

On appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**NISSIM CORP.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**TIME WARNER, INC.,**
*Cross-Appellant.*

---

2012-1410
(Reexamination No. 95/000,312)

---

On appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Time Warner Inc. moves without opposition to withdraw its cross-appeal no. 2012-1410.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Cross-appeal 2012-1410 is dismissed.

(2) Each side shall bear its own costs in 2012-1410.

(3) The revised official caption is reflected above.

FOR THE COURT

AUG 15 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott A. McKeown, Esq.
    Raymond T. Chen, Esq.
    David L. Fehrman, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 15 2012

JAN HORBALY
CLERK

s25

Issued As A Mandate (For 2012-1410 Only): __AUG 15 2012__